UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CIVIL MOTION HEARING MINUTES

| | |
|---|---|
| CASE NO. 15-2743 (JRT/DTS) | COURT MINUTES - CIVIL<br>BEFORE: DAVID T. SCHULTZ<br>U.S. Magistrate Judge |
| LEDUC GIFTS & SPECIALTY PRODUCTS, LLC,<br>*d/b/a Signature USA,* | |

| | |
|---|---|
| | Date: July 12, 2018 |
| | Court Reporter: Maria Weinbeck |
| Plaintiff, | Location: Mpls. Courtroom 9E |
| | Time: 9:09 a.m.– 9:23 a.m. |
| v. | 1:53 p.m.– 2:07 p.m. |
| | Total Time: 28 minutes |

DANIEL SACHS,
DSC PRODUCTS, INC. and
DSC PRODUCTS HOLDING, LLC,

  Defendants.

*(Hearing held in both cases, time may be divided evenly between the cases)*

---

CASE NO. 15-2744 (JRT/DTS)

4BRAVA, LLC,

  Plaintiff,

v.

DANIEL SACHS,
DSC PRODUCTS, INC. and
DSC PRODUCTS HOLDING, LLC,

  Defendants.

---

APPEARANCES: Adrianna Shannon, Esq. on behalf of plaintiffs

       Dan Rosen, Esq. on behalf of defendants

PROCEEDINGS:

<u>15-cv-2743 (JRT/DTS)</u>:
*#400 Order to Show Cause*
*Parties' Joint Stipulation and Oral Motion to Dismiss with Prejudice All Claims*
    *and Counterclaims and to Vacate the Court's June 18, 2018 Order*
    *Adopting R&R*

<u>15-cv2744 (JRT/DTS)</u>:
*#434 Order to Show Cause*
*#412 Plaintiff's Motion for Fees and Costs*
*Parties' Joint Stipulation and Oral Motion to Dismiss with Prejudice All Claims*
    *and Counterclaims and to Vacate the Court's June 18, 2018 Order*
    *Adopting R&R*

NOTES AND DISPOSITION:

Dan Rosen, Esq., Kluger Kaplan Silverman Katzen & Levine, P.L. entered an appearance on behalf of defendants for the purposes of today's proceedings.

*Motion #412:*
    Denied as moot. No written order will be issued.

*# 400 and #434 Order to Show Cause* is moot and no written order will be issued.

*Parties' Joint Stipulation and Oral Motion to Dismiss and to Vacate:*
    The joint stipulation and oral motion were made on the record at the hearing.
    Written R&R (with attachment) will be issued and will be FILED UNDER SEAL.
    The following parties shall have access to the Sealed R&R:
        All named plaintiffs and defendants in the above case captions.
        Adrianna Shannon, Esq., Shannon Law, LLC for plaintiffs
        Dan Rosen, Esq., Kluger Kaplan Silverman Katzen & Levine, P.L. for defendants

The parties reached a binding settlement and the terms were stated on the record. The terms of the settlement are not confidential.

The transcript of today's hearing is not sealed.

                                                              *<u>K. Reierson</u>*
                                                              *Law Clerk*